IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUELLA MARTINEZ,

    Plaintiff,

vs.                                                  Case No. 17-CV-00812-KG-LF

WAL-MART STORES, INC., a
Delaware Foreign Profit Corporation,
a/k/a Wal-Mart Stores, East, LP,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion for Order of Dismissal with Prejudice brought by Plaintiff Louella Martinez and Defendant Wal-Mart Stores East L.P., (referred to as "Wal-Mart Stores, Inc." in the case caption), the Court having reviewed the joint motion and being otherwise fully advised, **FINDS** that good cause exists for the joint motion, and it should be granted.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that all claims alleged or that could have been alleged by Plaintiff against Defendant in this action are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees incurred in the action.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  /s/ Ryan M. Walters
    Ross L. Crown
    Ryan M. Walters
    *Attorneys for Defendant*
    *Wal-Mart Stores East, LP*
    201 Third Street NW, Suite 1950
    Albuquerque, New Mexico 87102
    Phone: 505-764-5400
    Fax: 505-764-5467
    rcrown@lrrc.com
    rwalters@lrrc.com


THE WAGGONER LEGAL GROUP

By: *Approved via e-mail 11/03/17*
    Robert M. Strumor
    William J. Waggoner
    The Waggoner Legal Group
    *Attorneys for Plaintiff*
    529 W. San Francisco
    Santa Fe, NM 87501